# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

ST. TAMMANY LODGING, LLC

VERSUS

HUIANA LAKE GROUP, INC.,
CHENGLUN HUANG, AND PANACHE
MANAGEMENT, L.L.C.

NO. 2021 CW 1066

NOVEMBER 5, 2021

---

In Re:    Panache Management, L.L.C., applying for supervisory
          writs, 23rd Judicial District Court, Parish of
          Ascension, No. 124,317.

---

BEFORE:   WHIPPLE, C.J., PENZATO AND HESTER, JJ.

     WRIT DENIED.

                              VGW
                              AHP
                              CHH

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
     FOR THE COURT